FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

2021 FEB 17  PM 3:40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.                                                            CASE NO. 5:21-cr-13-JA-PRL
                                                              21 U.S.C. § 841(a)(1)
                                                              18 U.S.C. § 924(c)(1)(A)

TRALVASTER EPPS
 a/k/a Pooh Bear

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about July 22, 2020, in the Middle District of Florida, the defendant,

TRALVASTER EPPS,
a/k/a Pooh Bear,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

### COUNT TWO

On or about July 22, 2020, in the Middle District of Florida, the defendant,

TRALVASTER EPPS,
a/k/a Pooh Bear,

did knowingly possess a firearm in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a Court of the United States, specifically, possession with intent to distribute cocaine, as alleged in Count One above; Count

One being incorporated by reference.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

## COUNT THREE

Between on or about July 22 and July 23, 2020, in the Middle District of Florida, and elsewhere, the defendant,

TRALVASTER EPPS,
a/k/a Pooh Bear,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, a mixture and substance containing a detectable amount of cocaine, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, and 50 grams or more of methamphetamine, Schedule II controlled substances.

In violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(C), and (b)(1)(D).

## FORFEITURE

1. The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be

used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 924(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. The property to be forfeited includes, but is not limited to, the following: a Sig Sauer P365, 9mm firearm and associated ammunition.

5. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Tyrie K. Boyer
Assistant United States Attorney

By: _____
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
February 21

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Ocala Division

THE UNITED STATES OF AMERICA

vs.

TRALVASTER EPPS
a/k/a Pooh Bear

## INDICTMENT

Violations:   21 U.S.C. § 841(a)(1)
              18 U.S.C. § 924(c)(1)(A)

A true bill,

_____
Foreperson

Filed in open court this 17th day

of February 2021.

_____
Clerk

Bail $_____